UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BERNARD CURTIS DAVIS,

              Plaintiff,

  v.

THOMAS GRABSKI, BRENT JOHNSON, IAN FERNANDO, TOMMIE W. NICHODEMUS, BRENT VAN DYKE, JAMES MAAS, WALTER ROBINSON, JASON BRAY, J&J TOWING COMPANY, HEIMANN (PCSO DEP. #507),

              Defendants.

No. C13-5183 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED without prejudice** for failure to state a claim. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) and any other pending motions are **DENIED.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 31st day of May, 2013.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1